# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

| | |
|---|---|
| MARK CLAY, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 05-1319-JTM |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

    IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed August 14, 2006, that the court denies plaintiff's request to reverse and remand the final decision of the Commissioner (Dkt. No. 8).

                                              RALPH L. DeLOACH, CLERK

  August 14, 2006                           By   s/ S. Smith
Date                                                       Deputy Clerk